JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

JESSE FELDMAN individually and HAYLEY FELDMAN,

Plaintiff,

v.

STATE FARM GENERAL INSURANCE COMPANY.; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2;26-cv-02527-CAS-DTBx
[Los Angeles County Superior Court Case No. 26SMCV00692]

Complaint Filed: 02/06/2026
1st Amended Complaint Filed: 03/23/26
2nd Amended Complaint Filed: 04/27/26

**ORDER APPROVING JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Assigned to the Honorable Christina A. Snyder, U.S. District Judge

The Court, having reviewed the joint stipulation requesting voluntary dismissal of this action with prejudice, as executed by the above-captioned parties' counsel of record, and good cause appearing thereon, hereby ORDERS as follows:

1. Plaintiffs JESSE FELDMAN HAYLEY FELDMAN ("Plaintiffs") action before this Court, which has been designated as Case Number 2;26-cv-02527-CAS-DTB is **DISMISSED, with prejudice**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal

///

///

///

Rules of Civil Procedure, as to all of Plaintiffs' claims for relief against Defendant STATE FARM GENERAL INSURANCE COMPANY.

2. Each party shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**.

Dated: September 24, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221